B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of District of Columbia

In re  **Keyboat, LLC**

Debtor(s)

Case No.  **13-00709**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AC Beverage<br>1993 Moreland Pwky<br>Annapolis, MD 21401 | AC Beverage<br>1993 Moreland Pwky<br>Annapolis, MD 21401 | | | 457.39 |
| Alsco<br>713 Lamont Street NW<br>Washington, DC 20010 | Alsco<br>713 Lamont Street NW<br>Washington, DC 20010 | | | 1,545.81 |
| Astro Plumbing and Heating<br>13707 Batchelors Drive<br>Silver Spring, MD 20904 | Astro Plumbing and Heating<br>13707 Batchelors Drive<br>Silver Spring, MD 20904 | | | 5,695.00 |
| Bilman Company, Inc<br>7411 Lindbergh Drive<br>Suite A<br>Gaithersburg, MD 20879 | Bilman Company, Inc<br>7411 Lindbergh Drive<br>Suite A<br>Gaithersburg, MD 20879 | | | 450.00 |
| Cintas<br>P.O. Box 630803<br>Cincinnati, OH 45263 | Cintas<br>P.O. Box 630803<br>Cincinnati, OH 45263 | | | 1,538.99 |
| Ecolab<br>PO Box 905237<br>Charlotte, NC 28290 | Ecolab<br>PO Box 905237<br>Charlotte, NC 28290 | | | 6,195.59 |
| Erie Insurance Exchange<br>100 Erik Insurance Place<br>Erie, PA 16530 | Erie Insurance Exchange<br>100 Erik Insurance Place<br>Erie, PA 16530 | | | 7,785.10 |
| Genop Construction<br>1025 Thomas Jefferson Street<br>Suite 165G<br>Washington, DC 20007 | Genop Construction<br>1025 Thomas Jefferson Street<br>Suite 165G<br>Washington, DC 20007 | contractor work | | 60,000.00 |
| Jimmy Gusky LLC<br>p.o. bOX 9648<br>Washington, DC 20016 | Jimmy Gusky LLC<br>p.o. bOX 9648<br>Washington, DC 20016 | | | 2,300.00 |
| Maurice Electric Supply LLC<br>500 Penn Street NE<br>Washington, DC 20001 | Maurice Electric Supply LLC<br>500 Penn Street NE<br>Washington, DC 20001 | | | 372.04 |
| Merchant Pro Express<br>135 Crossways PRK Dr #203<br>West Babylon, NY 11707 | Merchant Pro Express<br>135 Crossways PRK Dr #203<br>West Babylon, NY 11707 | | | 175,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Keyboat, LLC**        Case No. **13-00709**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Office of Tax and Revenue<br>1101 4th Street SW<br>Suite 270 West<br>Washington, DC 20024 | Office of Tax and Revenue<br>1101 4th Street SW<br>Suite 270 West<br>Washington, DC 20024 | taxes | | 13,668.76 |
| Performance Food Service<br>1333 Avondale Road<br>New Windsor, MD 21776 | Performance Food Service<br>1333 Avondale Road<br>New Windsor, MD 21776 | | | 390.16 |
| Profish<br>1900 Fenwick Street NE<br>Washington, DC 20016 | Profish<br>1900 Fenwick Street NE<br>Washington, DC 20016 | | | 10,729.61 |
| Roberts Oxygen<br>17011 Railroad Street<br>Gaithersburg, MD 20877 | Roberts Oxygen<br>17011 Railroad Street<br>Gaithersburg, MD 20877 | | | 342.02 |
| Safety First Services<br>122 E. Peachtree Street<br>Scottsboro, AL 35768 | Safety First Services<br>122 E. Peachtree Street<br>Scottsboro, AL 35768 | | | 450.00 |
| The Country Vintner<br>2214 Channing St NE<br>Washington, DC 20018 | The Country Vintner<br>2214 Channing St NE<br>Washington, DC 20018 | | | 2,241.26 |
| The Current Newspapers/Voice<br>P.O. Box 40400<br>Washington, DC 20016 | The Current Newspapers/Voice<br>P.O. Box 40400<br>Washington, DC 20016 | | | 1,365.66 |
| Uptown Bankers<br>5335 Kilmer Place<br>Hyattsville, MD 20781 | Uptown Bankers<br>5335 Kilmer Place<br>Hyattsville, MD 20781 | | | 1,799.11 |
| Z-Pro Demo & Hauling<br>12516 Sycamore View Drive<br>Potomac, MD 20854 | Z-Pro Demo & Hauling<br>12516 Sycamore View Drive<br>Potomac, MD 20854 | | | 1,770.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 12, 2013**        Signature **/s/ Robert Slade**
                                                                     **Robert Slade**
                                                                     **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.